UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

Jason Patterson,

               Supervisee

No. 0208 1:15-CR-0081-001 (VSB)

ORDER

Honorable Vernon S. Broderick, U.S. District Judge:

IT IS HEREBY ORDERED: For the reasons stated on the record during a violation of probation conference held on November 10, 2022, the Probation Conditions are modified to include the following special condition:

> *Jason Patterson shall reside at the Residential Reentry Center, located at 2534 Creston Avenue, Bronx, NY, or a program location within the area of the New York City Metropolitan Area, for a period of up to <u>sixty (60) days.</u>*
>
> *While at the Residential Reentry Center, the supervisee shall follow the facility's rules and regulations and the probation officer's instructions regarding the implementation of this court directive. The supervisee's contribution towards the cost of subsistence is waived.*
>
> *Jason Patterson will be restricted to the Residential Reentry Center at all times except for mental health treatment, substance use treatment, medical appointments, employment, education, religious services, attorney visits, probation appointments, court appearances, court-ordered obligations, or other activities as preapproved by the U.S. Probation Officer and the Residential Reentry Center Manager. Jason Patterson must submit a written pass for the upcoming weeks and provide verifiable proof of the appointments and/or employment. Without verifiable proof, passes cannot be approved.*

SO ORDERED.

Dated:    November 14, 2022
                New York, New York

                                                        _____
                                                         Honorable Vernon S. Broderick
                                                         U.S. District Judge