UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | No. 0208 1:15-CR-0081-001 (VSB) |
| Jason Patterson, | ORDER |
| Supervisee | |

Honorable Vernon S. Broderick, U.S. District Judge:

IT IS HEREBY ORDERED THAT, on November 23, 2022, the United States Marshals Service shall produce Jason Patterson, Register Number 71944-054, to the cell block on the fourth floor of the Daniel Patrick Moynihan United States Courthouse, to be released to the United States Probation Office.

SO ORDERED.

Dated:     November 21, 2022
             New York, New York

_____
Honorable Vernon S. Broderick
U.S. District Judge