UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                           :
:
v.                                                              :
:          15-CR-81 (VSB)
JASON PATTERSON,                                     :
:          **ORDER**
Defendant.      :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

At the probation officer's request, with the consent of the parties, the status conference currently scheduled for March 17, 2023 at 3:00 P.M. is hereby adjourned to March 24, 2023, at 10:30 A.M.

SO ORDERED.

Dated: March 16, 2023
       New York, New York

*[signature: Vernon Broderick]*
Vernon S. Broderick
United States District Judge