LAW OFFICE OF
# MICHAEL K. BACHRACH
224 WEST 30TH STREET, SUITE 302
NEW YORK, N.Y. 10001
---------------
TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *
* admitted in N.Y., MN and D.C.

March [date obscured by stamp]

**APPLICATION GRANTED
SO ORDERED** [signature]
**VERNON S. BRODERICK
U.S.D.J.** 3/23/23

**By ECF**

The Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*Re: United States v. Jason Patterson,
15 Cr. 081 (VSB)*

Dear Judge Broderick:

    I write to respectfully request a one-week adjournment of the status conference presently scheduled for tomorrow, March 24, 2023, at 10:30 a.m., scheduled in relation to Defendant Jason Patterson's alleged violations of the terms of his supervised release ("VOSR").

    As of this writing, I have yet to receive the updated VOSR specifications and once received sufficient time will be needed for me to prepare and speak with Mr. Patterson in advance of the conference. In light of this, I have emailed with Probation Officer Washington Herrera and Assistant United States Attorney Jaclyn Delligatti. Neither object to the instant application and both have informed me that they are available on March 31, 2023, at 12:00 p.m. for a rescheduled conference, which is a date and time that we have been informed is available in the Court's schedule.

    Accordingly, Defendant Jason Patterson, by and through counsel, respectfully requests a one-week adjournment of Mr. Patterson's status conference from this Friday, March 24, 2023, at 10:30 a.m. **to next Friday, March 31, 2023, at 12:00 p.m.**

    As always, we thank Your Honor for your time and consideration.

Respectfully submitted,

[signature]

Michael K. Bachrach
*Attorney for Defendant Jason Patterson*

cc:    All parties of record (by ECF)