UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                 :
UNITED STATES OF AMERICA,          :
                 :
          v.                 :
                 :       15-CR-81 (VSB)
JASON PATTERSON,                 :
                 :          **ORDER**
           Defendant.   :
                 :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

         The status conference currently scheduled for March 31, 2023 at 12:00 P.M. is hereby adjourned sine die.  The parties shall submit a joint status letter discussing the status of the case by April 12, 2023.

SO ORDERED.

Dated: March 29, 2023
        New York, New York

                                          Vernon S. Broderick
                                          United States District Judge