```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
   UNITED STATES OF AMERICA,                             :
                                                         :
                                                         :
                 -against-                               :      15-CR-81 (VSB)
                                                         :
   JASON PATTERSON,                                      :      ORDER
                                                         :
                                 Defendant.              :
---------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On April 12, 2023, Defendant wrote jointly with the Government to "request permission to submit a further joint status update in 14 days, and that Mr. Patterson's proceedings remain adjourned *sine die* until more information is obtained." (Doc. 93.) On April 13, 2023, I granted these requests. (Doc. 94.) To date, the parties have not filed any further joint status update. Accordingly, the parties are directed to file a joint status letter apprising the Court of Mr. Patterson's condition on or before May 19, 2023.

SO ORDERED.

Dated: May 12, 2023
       New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge