UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                                   :      15-CR-81 (VSB)

UNITED STATES OF AMERICA,         :

                                                 :         ORDER

              -v-                                :

JASON PATTERSON,                   :
                        Defendant.   :
------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        On June 6, 2023, I held a violation of supervised release hearing. For the reasons stated on the record during the hearing, it is hereby

        ORDERED that the defendant's conditions of supervised release are modified to include home incarceration with electronic monitoring by means chosen at the discretion of the United States Probation Officer.

        IT IS FURTHER ORDERED that the defendant shall reside with his girlfriend, Ms. Romero, at the address in Brooklyn that has been provided to the Probation Department and the Government. (*See* Doc. 100.) The defendant will only be permitted to leave Ms. Romero's home for medical/psychiatric appointments (including meetings necessary to complete his enrolment in the Services for the Underserved program), meeting with his criminal defense attorney, and any other leave approved by either the United States Probation Officer or by me on application from defense counsel.

SO ORDERED.

Dated: June 6, 2023
       New York, New York

                                                           _____
                                                           VERNON S. BRODERICK
                                                           United States District Judge