LAW OFFICE OF
# MICHAEL K. BACHRACH
224 WEST 30TH STREET, SUITE 302
NEW YORK, N.Y. 10001
--------------
TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *              http://www.mbachlaw.com
* admitted in N.Y., MN and D.C.             michael@mbachlaw.com

July 12, 2023

**By ECF**

The Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J.  07/13/2023

> *Re: United States v. Jason Patterson,*
> *15 Cr. 081 (VSB)*

Dear Judge Broderick:

    I write, jointly on behalf of the defense and the Government, to respectfully request an adjournment of the status conference presently scheduled for tomorrow, July 13, 2023, at 12:00 p.m. to **Wednesday, July 26, 2023, at 10:30 a.m.**  The request is being made to provide the parties with additional time to attempt to resolve Mr. Patterson's violations of supervised release pursuant to a prehearing disposition.

    I have spoken with Assistant United States Attorney Jaclyn Delligatti and United States Probation Officer Washington Herrera and they have informed me that the Government and the Probation Department both consent to the instant adjournment, and both are available at the proposed adjourn date.  I have also been informed by chambers that the proposed date and time is presently available should Your Honor agree to the adjournment.

    Accordingly, the parties jointly request that Defendant Jason Patterson's status conference, presently scheduled for tomorrow, be adjourned to **Wednesday, July 26, 2023, at 10:30 a.m.**

    As always, we thank Your Honor for his time and consideration.

                                    Respectfully submitted,

                                    Michael K. Bachrach
                                    *Attorney for Defendant Jason Patterson*

cc:    All parties of record (by ECF)

The Hon. Vernon S. Broderick
July 7, 2023
Page 2 of 2

      SDNY Probation Department (by email)