LAW OFFICE OF

# MICHAEL K. BACHRACH

224 WEST 30TH STREET, SUITE 302
NEW YORK, N.Y. 10001
--------------
TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *       http://www.mbachlaw.com
* admitted in N.Y., MN and D.C.      michael@mbachlaw.com

September 15, 2023

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 09/15/2023

The sentencing on the violation of supervised release scheduled for September 29, 2023, is hereby adjourned to October 12, 2023, at 2:00 PM.

**By ECF**

The Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    *Re: United States v. Jason Patterson,*
    *15 Cr. 081 (VSB)*

Dear Judge Broderick:

    I write to respectfully request a two-week adjournment of the sentencing hearing presently scheduled for Friday, September 29, 2023, at 11:00 a.m., scheduled in relation to Defendant Jason Patterson's violations of the terms of his supervised release ("VOSR").

    An adjournment is needed for two reasons: First to allow additional time to obtain a letter from Mr. Patterson's counselor at S:US to update the Court on his progress with their mental health and drug addiction programs.  Second, Mr. Patterson is scheduled to see a psychiatrist on October 3, 2023, which will finally allow him to obtain the medications that he's been without for several months.  Although I will be asking for a time-served sentence, in the event Mr. Patterson receives a further term of imprisonment it would be highly beneficial if he is first placed in a position to bring his prescriptions with him into custody.  The October 3, 2023, psychiatric appointment is expected to address this issue.

    Accordingly, Defendant Jason Patterson, by and through counsel, respectfully requests a two-week adjournment of Mr. Patterson's status conference from this Friday, September 29, 2023, at 11:00 a.m. **to Thursday, October, 12, 2023, at 2:00 p.m.**, which is a date and time that the parties have been informed is available in Your Honor's calendar.

    I have communicated with AUSA Jaclyn Delligatti and Probation Officer Darryl Spencer, who have informed me that neither the Government nor the Probation Department objects to the instant application.

The Hon. Vernon S. Broderick
September 15, 2023
Page 2 of 2

As always, we thank Your Honor for your time and consideration.

Respectfully submitted,

Michael K. Bachrach
*Attorney for Defendant Jason Patterson*

cc: All parties of record (by ECF)
Probation Department (by email)